# EXHIBIT 3

| | |
|---|---|
| **From:** | LEGRAND Julien <julien.legrand@sogefigroup.com> |
| **Sent:** | Wednesday, May 14, 2025 8:53 AM |
| **To:** | SEBAGH Michael |
| **Subject:** | TR: Novares acquisition and Price Increases _SOGEFI |

As discussed

**Julien LEGRAND**
*Purchasing Director*
Air&Cooling Business Line

ZA Les Grands Prés N°6
68370 Orbey - FRANCE
Mobile : 0033(0) 608041995
Julien.legrand@sogefigroup.com
www.sogefigroup.com



**De :** RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Envoyé :** mercredi 14 mai 2025 13:04
**À :** LEGRAND Julien <julien.legrand@sogefigroup.com>
**Objet :** FW: Novares acquisition and Price Increases _SOGEFI

Hi Julien

Novares is putting us on hold starting tomorrow if we don't accept

**Romeo RAMOS**
*Strategic & NAFTA Serial Purchasing Manager*
*A&C Business Unit*

Immeuble Renaissance
Rd Point des Saules
1 Avenue Claude Monet CS 50730
78286 Guyancourt CEDEX
Tel Mobile : +33.(0)7.61.76.60.18

romeo.ramos@sogefigroup.com



**From:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Sent:** Wednesday, May 14, 2025 1:01 AM
**To:** NINO Linda <linda.nino@sogefigroup.com>
**Cc:** MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>; JOHNSON, Peggy <pjohnson@novaresteam.com>
**Subject:** RE: Novares acquisition and Price Increases _SOGEFI

1

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Linda,

As previously communicated, Novares will have the SOGEFI account on ship-hold effective tomorrow (May 14th) without an agreement on the commercial terms requested via letter and updated POs received.

Look forward to your prompt feedback.

Best Regards.



**Patricia CARRILLO**
Business Manager
**Business Unit - Americas Engine Components**
Carretera Internacional Km 168 | Santa Ana, Sonora 84600 | MEXICO
pcarrillo@novaresteam.com | Phone +52 6624394100 | Mobile +1 641.321.5275
*www.novaresteam.com*

**From:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Sent:** Tuesday, May 13, 2025 8:43 AM
**To:** NINO Linda <linda.nino@sogefigroup.com>; JOHNSON, Peggy <pjohnson@novaresteam.com>
**Cc:** MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** RE: Novares acquisition and Price Increases _SOGEFI

Hi Linda,
For PN **A0417** as Peggy requested please provide evidence of this part being a directed buy.
For PN **A0960** we will work with GM on the price increase.
For the remaining parts, please send updated POs or confirmation of price & payment term acceptance today as stated in the letter.
As discuss in our last meeting, at this time we will not be providing any cost break downs.

Thank you




**From:** NINO Linda <linda.nino@sogefigroup.com>
**Sent:** Tuesday, May 13, 2025 7:46 AM

**To:** JOHNSON, Peggy <pjohnson@novaresteam.com>; CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Cc:** MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** RE: Novares acquisition and Price Increases _SOGEFI

Good day Peggy,

Unfortunately, we can´t share the DB letter from the OEMs, please contact them directly:

A0417 – Stellantis
A0960 – GM

Regards,

**Linda Niño**
Buyer
**Purchasing**
Calle Los Encinos 120, El Sabinal Industrial Park
CP 66645, Apodaca, N.L., México

**Sogefi Engine Systems México**
linda.nino@sogefigroup.com



**From:** JOHNSON, Peggy <pjohnson@novaresteam.com>
**Sent:** Monday, May 12, 2025 1:23 PM
**To:** NINO Linda <linda.nino@sogefigroup.com>; CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Cc:** MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** RE: Novares acquisition and Price Increases _SOGEFI

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Linda,
    We do not have anything on file for the directed buy parts.  Can you please share the documentation for those from the OEM?

Thank you!



**Peggy JOHNSON**
**Business Manager**
**Business Unit - Americas Engine Components**
63095 Vineyard Road | Prairie du Chien, WI 53821 | UNITED-STATES
pjohnson@novaresteam.com  | Phone +1 608-326-4333 x3629 | Mobile (608) 306-119
www.novaresteam.com



**From:** NINO Linda <linda.nino@sogefigroup.com>
**Sent:** Monday, May 12, 2025 10:16 AM
**To:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Cc:** MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; JOHNSON, Peggy

<pjohnson@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** RE: Novares acquisition and Price Increases _SOGEFI

Good day Patricia,

As discussed in our meeting, I have reviewed with my management and our position is clear, we are open to rediscuss pricing (for free negotiated parts) in good faith, but only upon receipt of clear evidence justifying the increase.

So far, the only argument we have received is that you have been acquired by another company, this on its own, is not a valid reason to increase pricing.

Either we receive the CBD with clear evidence justifying the increase and we discuss around it, either you continue to honor our contract and continue delivering at the agreed price.

For DB price, we let you review directly with the customers, and we can implement the increases as soon as we receive an updated DB letter with the new pricing.

Regards,

**Linda Niño**
Buyer
**Purchasing**
Calle Los Encinos 120, El Sabinal Industrial Park
CP 66645, Apodaca, N.L., México


Sogefi Engine Systems México
linda.nino@sogefigroup.com



**From:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Sent:** Friday, May 9, 2025 2:19 PM
**To:** NINO Linda <linda.nino@sogefigroup.com>
**Cc:** MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; JOHNSON, Peggy <pjohnson@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** FW: Novares acquisition and Price Increases _SOGEFI

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Linda,
    Just a Friendly reminder, that prices are effective May 13th ,
As discussed in this week meeting we're waiting for your proposal to present it to upper management for approval. Otherwise, please update and copy us on the POs or confirmation of price acceptance if no POs are open.

Thank you!



    

**From:** NINO Linda <linda.nino@sogefigroup.com>
**Sent:** Tuesday, May 6, 2025 7:00 PM
**To:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Cc:** JOHNSON, Peggy <pjohnson@novaresteam.com>; MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** RE: Novares acquisition and Price Increases _SOGEFI

Hello Patricia,

I will schedule a meeting this week to discuss further this price adjustment.

Regards,

**Linda Niño**
Buyer
**Purchasing**
Calle Los Encinos 120, El Sabinal Industrial Park
CP 66645, Apodaca, N.L., México

**Sogefi Engine Systems México**
linda.nino@sogefigroup.com



**From:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Sent:** Monday, May 5, 2025 7:32 PM
**To:** NINO Linda <linda.nino@sogefigroup.com>
**Cc:** JOHNSON, Peggy <pjohnson@novaresteam.com>; MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** Novares acquisition and Price Increases _SOGEFI

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Linda,

As it is mentioned in the letter, please see the attached list of part numbers.

With the recent acquisition of Novares, our directive is to implement urgent price adjustments and payment terms that are essential to support our operations.

This request is outside any ongoing discussions surrounding the moving tariff discussions.

We are available to discuss if needed.

Thank you

Patty


   

**From:** NINO Linda <linda.nino@sogefigroup.com>
**Sent:** Friday, May 2, 2025 6:56 PM
**To:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Cc:** JOHNSON, Peggy <pjohnson@novaresteam.com>; MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>; RAMOS Romeo <Romeo.RAMOS@sogefigroup.com>
**Subject:** RE: Sogefi adjustment letters

Hello Patricia,

One out of three-part numbers is a **customer-directed products**, and **pricing is negotiated directly between the customer and the Tier 2 supplier**. Therefore, **any price adjustments must be reviewed and agreed upon directly with the customer**.

1. For the other 2-part numbers, we cannot accept the 34.7% increase you are stating in your letter. Before discussing any price adjustments, we require the following information:
    - **Details of the affected raw materials and components**
    - **Cost breakdown (CBD)** to understand the percentage impact on the final price
    - **Invoices** documenting this price increase

We appreciate your cooperation and look forward to your prompt response in the information requested.

Regards,

**Linda Niño**
Buyer
**Purchasing**
Calle Los Encinos 120, El Sabinal Industrial Park
CP 66645, Apodaca, N.L., México


**Sogefi Engine Systems México**
linda.nino@sogefigroup.com



**From:** CARRILLO, Patricia <pcarrillo@novaresteam.com>
**Sent:** Wednesday, April 30, 2025 7:37 PM
**To:** NINO Linda <linda.nino@sogefigroup.com>
**Cc:** JOHNSON, Peggy <pjohnson@novaresteam.com>; MILLER, Melinda <mmiller@novaresteam.com>; ROSSI, Daniel <drossi@novaresteam.com>
**Subject:** FW: Sogefi adjustment letters

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Linda,

Please see the attached. With the recent acquisition of Novares, we are implementing urgent price adjustments and payment terms that are essential to support our operations.

This request is outside any ongoing discussions surrounding the moving tariff discussions.

Please let us know if you have any questions.

Thank you,
Patricia Carrillo



    

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. Copyright in documents created by or on behalf of this firm remains vested in the firm. Please rely on your own virus check. No responsibility is taken by the sender for any damage arising out of any bug or virus infection.