# EXHIBIT 4



April 30, 2025

Linda Nino
Purchasing
Sogefi Engine Systems

Dear Ms. Nino

Following the recent acquisition of "Novares", we are implementing urgent price adjustments and updated payment terms.  These long-overdue changes are essential to support Novares' operations and ensure that we can continue to deliver high-quality products and services to you.

Effective May 13, 2025, the following changes will be in force:

1. Prices on all part numbers are increased 34.7% with any exceptions as noted on the supplied price list.  Please issue updated purchase order(s) on or before this date;

2. Payments terms must be adjusted to net thirty  (30) days;  and

3. Your accounts payable team must bring current, within the new payment terms, any outstanding overdue balances immediately.

We value your partnership and appreciate your understanding during this transition.  We will be providing a detailed list of part numbers with the needed piece price adjustments for reference.

Please feel free to reach out to discuss any questions you may have.

Best Regards,


Patricia Carrillo
Business Manager