UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SOGEFI ENGINE SYSTEMS MEXICO S. de R.L. de C.V., | Case No. 2:25-CV-11579 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | Magistrate Elizabeth A. Stafford |
| NOVARES US ENGINE COMPONENTS, INC., f/k/a MINIATURE PRECISION COMPONENTS, INC., | |
| Defendant. | |

## APPEARANCE OF BRADLEY S. DEFOE

Bradley S. Defoe of Varnum LLP hereby enters his appearance as counsel for Defendant NOVARES US ENGINE COMPONENTS, INC., f/k/a MINIATURE PRECISION COMPONENTS, INC., in the above-captioned matter.

        Respectfully submitted,

        VARNUM LLP

        By:   */s/ Bradley S. Defoe*
               Bradley S. Defoe (P70233)
               Attorneys for Defendant
               480 Pierce Street, Suite 300
               Birmingham, MI 48235
               (248) 567-7800
               bsdefoe@varnumlaw.com

Date:  May 30, 2025

## **CERTIFICATE OF SERVICE**

I, Bradley S. Defoe, certify that I filed the foregoing pleading using the Court's ECF filing system, which will serve a copy of this pleading on all counsel of record.

| | |
|---|---|
| Dated: May 30, 2025 | By: _/s/ Bradley S. Defoe_ |