UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SOGEFI ENGINE SYSTEMS MEXICO S. de R.L. de C.V., | Case No. 2:25-CV-11579 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | Magistrate Elizabeth A. Stafford |
| NOVARES US ENGINE COMPONENTS, INC., f/k/a MINIATURE PRECISION COMPONENTS, INC., | |
| Defendant. | |

## **APPEARANCE OF DEION A. KATHAWA**

Deion A. Kathawa of Varnum LLP hereby enters his appearance as counsel for Defendant NOVARES US ENGINE COMPONENTS, INC., f/k/a MINIATURE PRECISION COMPONENTS, INC. in the above-captioned matter.

Respectfully submitted,

VARNUM LLP

By: /s/ Deion A. Kathawa
Deion A. Kathawa (P84863)
480 Pierce Street, Suite 300
Birmingham, MI 48009
(248) 567-7800
Attorneys for Defendant
dakathawa@varnumlaw.com

Dated:  May 30, 2025

## CERTIFICATE OF SERVICE

I, Deion A. Kathawa, certify that I filed the foregoing pleading using the Court's ECF filing system, which will serve a copy of this pleading on all counsel of record.

| | |
|---|---|
| Dated: May 30, 2025 | By: _/s/ Deion A. Kathawa_<br>Deion A. Kathawa |