UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

SOGEFI ENGINE SYSTEMS MEXICO S. de R.L. de C.V.,

        Plaintiff,

v

NOVARES US ENGINE COMPONENTS, INC., f/k/a MINIATURE PRECISION COMPONENTS, INC.,

        Defendant.
_____/

Case No. 2:25-cv-11579

Hon. Mark A. Goldsmith

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Michael G. Brady, of the law firm Warner Norcross + Judd LLP, hereby gives notice of his appearance on behalf of Plaintiff Sogefi Engine Systems Mexico S. de R.L. de C.V.

        Respectfully submitted,

Dated: May 30, 2025

*/s/Michael G. Brady*
WARNER NORCROSS + JUDD LLP
Michael G. Brady (P57331)
2715 Woodward Ave., Ste 300
Detroit, MI 48201
(313) 546-6000
MBrady@wnj.com

1

## **PROOF OF SERVICE**

Kelli Farrar states that on May 30, 2025, she caused to be served the foregoing document and this Proof of Service via the court's electronic filing system, which will send notification of such filing to all attorneys on record.

I declare that the above statement is true to the best of my knowledge, information and belief.

*/s/ Kelli Farrar*
Kelli Farrar