UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| SOGEFI ENGINE SYSTEMS MEXICO S. de R.L. de C.V., | Case No. 2:25-cv-11579 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v | |
| NOVARES US ENGINE COMPONENTS, INC., f/k/a MINIATURE PRECISION COMPONENTS, INC., | |
| Defendant. | |

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sogefi Engine Systems Mexico S. de R.L. de C.V. hereby voluntarily dismisses its claims in this action against Defendant Novares US Engine Components, Inc., f/k/a Miniature Precision Components, Inc., with prejudice and without costs or attorney fees to any party.

Dated: June 10, 2025                By:*/s/Adam T. Ratliff*_____
　　　　　　　　　　　　　　　　　　　Michael G. Brady (P57331)
　　　　　　　　　　　　　　　　　　　Adam T. Ratliff (P79892)
　　　　　　　　　　　　　　　　　　　WARNER NORCROSS + JUDD LLP
　　　　　　　　　　　　　　　　　　　2715 Woodward Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　Detroit, Michigan 48201
　　　　　　　　　　　　　　　　　　　(313) 546-6000
　　　　　　　　　　　　　　　　　　　mbrady@wnj.com
　　　　　　　　　　　　　　　　　　　aratliff@wnj.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*